**Electronically Filed
Supreme Court
SCWC-28958
24-DEC-2013
02:00 PM**

SCWC-28958

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

C. BREWER AND COMPANY, LTD., Respondent/Plaintiff-Appellant,

vs.

MARINE INDEMNITY INSURANCE COMPANY OF AMERICA,
Petitioner/Defendant-Appellee,

and

INDUSTRIAL INDEMNITY COMPANY; INDUSTRIAL INSURANCE COMPANY OF
HAWAII, LTD.; NATIONAL UNION FIRE INSURANCE COMPANY OF
PITTSBURGH; UNITED STATES FIRE INSURANCE COMPANY; LIBERTY
MUTUAL INSURANCE COMPANY; TIG INSURANCE COMPANY; COLUMBIA
CASUALTY COMPANY; JAMES RIVER INSURANCE COMPANY; THE HOME
INSURANCE COMPANY; RELIANCE INSURANCE COMPANY; LEXINGTON
INSURANCE COMPANY; CIGNA PROPERTY AND CASUALTY INSURANCE CO.;
PACIFIC EMPLOYERS INSURANCE CO., INC.; SCOTTSDALE INSURANCE
COMPANY; FIREMAN'S FUND INSURANCE COMPANY; FIRST STATE INSURANCE
CO.; KILAUEA IRRIGATION CO., INC.; KEHALANI HOLDINGS CO., INC.;
STATE OF HAWAIʻI; HAWAII INSURANCE GUARANTY ASSOCIATION,
Respondents/Defendants-Appellees, et al.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 28958; CIV. NO. 06-1-0140)

<u>ORDER DENYING MOTION FOR EXTENSION OF TIME</u>
(By: McKenna, J.)

Respondent/Plaintiff-Appellant C. Brewer and Company,

Ltd.'s "Motion for Extension of Time in Which to File Responses

to Applications for Writ of Certiorari" filed on December 20,

2013, is hereby denied.

DATED: Honolulu, Hawaiʻi, December 24, 2013.

/s/ Sabrina S. McKenna
Associate Justice



Kenneth R. Kupchak,
Tred R. Eyerly, and
Mark M. Murakami,
for respondent/
plaintiff-appellant